```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

FRANCISCO BRITO MATOM,

    Petitioner,

v.    Case No. 2:25-cv-648-JES-NPM

ICE / U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPARTMENT OF HOMELAND SECURITY (DHS); MATTHEW MORDANT; and ATTORNEY GENERAL OF THE UNITED STATES,

    Defendants.

_____

**ORDER**

THIS CAUSE is before the Court on Petitioner Francisco Brito Matom's Petition for Writ of Habeas Corpus ("Petition," Doc 1). Upon consideration, the Government will be required to file an expedited Response to the Petition.

Petitioner is a 37-year-old Guatemalan citizen who entered the United States on November 8, 2005. (Doc. 1 at 3, 4). He has no criminal background. (Id. at 4). He currently has an application for asylum and was waiting to do his biometrics. (Id. at 4, 12). Plaintiff was arrested without a warrant and is being detained without due process. (Id. at 4).

Upon consideration, it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to send a copy of this Order, the Petition (Doc. 1), and any memorandum, declaration, or exhibit attached to the Petition **electronically** to the United States Attorney's Office in Fort Myers, Florida and by **certified mail** to the following: (1) the Director of Enforcement and Removal Operations, Miami Field Office, 865 S.W. 78th Avenue, Suite 101, Plantation, FL 33324; (2) the United States Attorney for the Middle District of Florida (attention to the Civil Process Clerk); (3) the Attorney General of the United States in Washington, D.C.; and (4) the U.S. Department of Homeland Security. All costs of service shall be advanced by the United States.

2. On or before **August 7, 2025,** Respondents shall file a Response to the Petition.

**DONE** and **ORDERED** in Fort Myers, Florida on August 1, 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

US Attorney's Office – FLM
2110 W. First St. #3-137
Ft. Myers, FL 33901

2

```
U.S. Attorney's Office
400 W. Washington Street
Suite 3100
Orlando, FL 32801

Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485
```